No. 805. CUDAHY PACKING Co. *v.* HOLLAND, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, U. S. DEPT. OF LABOR. See *ante,* p. 785.

No. 903. PEYTON *v.* RAILWAY EXPRESS AGENCY, INC. ET AL. March 9, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is also granted. *Robert L. Peyton, pro se. Messrs. Harry S. Marx* and *Charles C. Evans* for respondents.

No. 913. AMERICAN CHICLE Co. *v.* UNITED STATES. March 9, 1942. Petition for writ of certiorari to the Court of Claims granted. *Mr. Erwin N. Griswold* for petitioner. *Solicitor General Fahy* for the United States.

No. 644. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CEMENT INVESTORS, INC.;

No. 645. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* JAMES Q. NEWTON TRUST; and

No. 646. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEWTON. See *post,* p. 825.